## THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEVIN WAYNE PROVENCIO**
**#269126**                                                                                                     **PETITIONER**

**v.**                                              **Case No. 4:24-cv-00178-KGB**

**ERIC HIGGINS, Sheriff, Pulaski County**                                         **RESPONDENT**

### ORDER

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Edie R. Ervin (Dkt. No. 4) and petitioner Kevin Wayne Provencio's objections (Dkt. No. 5). After conducting a *de novo* review of the record, the Recommendation, and the objections, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. Mr. Provencio's objections break no new ground. Mr. Provencio's petition for a writ of habeas corpus is denied without prejudice (Dkt. No. 2). Mr. Provencio's pending motion for entry of default is denied as moot (Dkt. No. 6). Judgment will be entered accordingly.

It is so ordered this 17th day of January, 2025.

Kristine G. Baker
Chief United States District Judge